IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MD ERIC A. DOVER,

        Plaintiff,

    v.

JD KATHLEEN HALEY, ET AL.,

        Defendants.

3:13-cv-01360-BR

Summary Judgment
Advice Notice

The defendant(s) may file a motion for summary judgment by which they seek to have

your case dismissed.  This court is required to give a *pro se* plaintiff fair notice of the

requirements of the summary judgment rule (Fed. R. Civ. P. 56).   A motion for summary

judgment under Rule 56 will, if granted, end your case.

Rule 56 tells you what you must do in order to oppose a motion for summary judgment.

Generally, summary judgment must be granted when there is no genuine disputed material

fact--that is, if there is no real dispute about any fact that would affect the result of your case, the

party who asked for summary judgment is entitled to judgment as a matter of law, which will end

your case.  When a party you are suing makes a motion for summary judgment that is properly

supported by declarations (or other sworn testimony), you cannot merely rely on what your

complaint says.  Instead you must set out specific facts in declarations, depositions, answers to

interrogatories, or authenticated  documents (as provided in Rule 56(e)) that contradict the facts

Revised December 27, 2000

shown in the defendant's declarations and documents and show that there is a genuine disputed material fact for trial.  If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you.  If summary judgment is granted, your case will be dismissed and there will not be a trial.

     DATED:  __August 29, 2013__ .

MARY S. MORAN
Clerk of the Court


by:  __/s/ Bonnie S. Boyer_____
    Bonnie Boyer
    Deputy Clerk

Revised December 27, 2000